UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER YOUNG, | ) Case No.: |
| Plaintiff, | ) |
| vs. | ) CIVIL COMPLAINT |
| HOLLOWAY CREDIT SOLUTIONS. | ) JURY DEMAND |
| Defendant | ) |

Plaintiff, Christopher Young, (hereinafter "Plaintiff"), by and through Plaintiff's undersigned attorney, alleges against the Defendant Holloway Credit Solutions (hereinafter "Defendant") as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act (hereinafter "FDCPA").

## JURSIDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. §1692k (d).

3. Venue is proper in this district under 28 U.S.C § 1391(b).

## PARTIES

4.     Plaintiff is a natural person, who at all relevant times has resided in the City of Mobile, Mobile County, Alabama 36606 and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

5.     Defendant is a corporation incorporated in and doing business in the State of Alabama with its corporate address as 801 Executive Park Drive, Suite 205, Mobile, Alabama 36606, and is a "debt collector" as defined by 15 U.S.C § 1692a(6).

## FACTUAL STATEMENT

6.     On June 16, 2014, Plaintiff sent a validation of debt letter to Defendant after noticing Defendant on Plaintiff's credit report.

7.     In the validation of debt letter, Plaintiff requested that Defendant cease and desist from contacting Plaintiff via telephone.

8.     The validation of debt letter was faxed to 334-396-1352.

9.     The facsimile number 334-396-1352 belongs to Defendant.

10.    On September 11, 2014, Plaintiff received a telephone call from the phone number 251-476-2414.

11.    The telephone number 251-476-2414 belongs to Defendant.

**COUNT I**
**VIOLATION OF THE FAIR DEBT COLECTIONS PRACTICES ACT**
**15 U.S.C. § 1692c(c)**

12. Plaintiff repeats the allegations contained in paragraphs 1 through 11 and incorporates them as if set forth at length herein.

13. Plaintiff sent a request for Defendant to cease making telephone calls to Plaintiff.

14. Plaintiff's request was received on June 16, 2014.

15. Defendant called Plaintiff on September 11, 2014.

16. Defendant's telephone call to Plaintiff on September 11, 2014 is in violation of 15 U.S.C. § 1692c(c) which prohibits communication with a debtor after the debtor has asked communication to cease.

**COUNT II**
**VIOLATION OF THE FAIR DEBT COLECTIONS PRACTICES ACT**
**15 U.S.C. § 1692c(a)**

17. Plaintiff repeats the allegations contained in paragraphs 1 through 16 and incorporates them as if set forth at length herein.

18. Plaintiff sent a request for Defendant to cease making telephone calls to Plaintiff.

19. Plaintiff's request was received on June 16, 2014.

20. Defendant called Plaintiff on September 11, 2014.

21. Defendant's telephone call on September 11, 2014 is in violation of 15 U.S.C. § 1692c(a) as Defendant called Plaintiff after knowing that calling Plaintiff was an inconvenient method of contacting him.

**JURY TRIAL DEMAND**

22. Plaintiff demands a jury trial on all issues so triable.

WHEREFORE, Plaintiff, Christopher Young, respectfully requests that this Court enter judgment against the Defendant, and on behalf of the Plaintiff, for the following:

a. That an order be entered declaring the Defendant's actions, as described above, in violation of the FDCPA;

b. That judgment be entered against the Defendant for actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

c. That judgment be entered against the Defendant for statutory damages, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B), in the amount of $1,000.00;

d. That the court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k (a)(3):

e. That the Court grant such other and further relief as may be just and proper.

Dated this 11th day of November, 2014

Respectfully Submitted,

__/s/_____
Curtis R. Hussey (HUSSC7684)
Hussey Law Firm, LLC
P.O. Box 1896
Fairhope, Alabama  36532-1896
(251) 928-1423
gulfcoastadr@gmail.com
Attorney for Plaintiff

Law Offices of Michael Lupolover
180 Sylvan Avenue, Suite 5
Englewood Cliffs, NJ 07632
201-461-0059
matthew@lupoloverlaw.com