```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION


CHRISTOPHER YOUNG,             *
                               *
     Plaintiff,                *
                               *
vs.                            *    Civil Action No.14-00518-B
                               *
HOLLOWAY CREDIT,               *
                               *
     Defendant.                *
```

## ORDER

This action is before the Court on the parties' Stipulation of Dismissal(Doc. 15). The parties report that they have reached a settlement agreement, and jointly request that this action be dismissed with prejudice. Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action be **DISMISSED WITH PREJUDICE.**

DONE this **13th** day of **April, 2014.**

```
                              /s/ SONJA F. BIVINS
                         UNITED STATES MAGISTRATE JUDGE
```